**Order issued October 22, 2013**



In The

# Court of Appeals

### For The

## First District of Texas

_____

### NO. 01-13-00067-CV

_____

**JOEL LANDRICK ARD, JR., ARDCO CONSTRUCTION, INC., AND ARD FOUNDATION, Appellants**

### V.

**RENEE CARRINGTON, Appellee**

---

**On Appeal from the 61st District Court**
**Harris County, Texas**
**Trial Court Case No. 2012-19985**

---

### MEMORANDUM ORDER

Appellants, Joel Landrick Ard, Jr., Ardco Construction, Inc., and Ard Foundation, appeal from the trial court's January 11, 2013 Order for Turnover Relief.

Appellant Joel Landrick Ard, Jr. is not an attorney and has been proceeding

pro se purportedly on behalf of himself and on behalf of Ardco Construction, Inc. and Ard Foundation. On September 9, 2013, this Court issued an order informing appellants that a non-attorney may not appear pro se on behalf of a corporation. *See Corona v. Pilgrim's Pride Corp.*, 245 S.W.3d 75, 79 (Tex. App.—Texarkana 2008, pet. denied) (a non-attorney may not appear pro se on behalf of a corporation); *Moore v. Elektro-Mobil Technik GmbH*, 874 S.W.2d 324, 327 (Tex. App.—El Paso 1994, writ denied) (a corporation may be represented only by a licensed attorney in the prosecution of its appeal). We further notified appellants that if Ardco Construction, Inc. and Ard Foundation desired to prosecute this appeal, a licensed counsel must be retained to represent them. Appellants were instructed that any attorney retained to represent Ardco Construction, Inc. and Ard Foundation in this appeal was required to make an appearance by filing a notice of representation with the Clerk of this Court by October 11, 2013. If no such notice was filed, appellants were advised that Ardco Construction, Inc.'s and Ard Foundation's appeal would be dismissed.

Appellants filed no response and no attorney has entered an appearance on behalf of Ardco Construction, Inc. or Ard Foundation. Accordingly, we dismiss Ardco Construction, Inc.'s and Ard Foundation's appeal for failure to comply with our order. *See* TEX. R. APP. P. 42.3(c); *see also MHL Homebuilder LLC v. Dabal/Graphic Res.*, No. 14-05-00295-CV, 2005 WL 1404475, at *1 (Tex. App.—

2

Houston [14th Dist.] June 16, 2005, no pet.).

Appellant Joel Landrick Ard, Jr. may file an appellant's brief acting pro se on behalf of himself only. Appellant Joel Landrick Ard, Jr.'s brief is ordered to be filed within 20 days of the date of this order. *See* TEX. R. APP. P. 38.6(d). Appellee's brief, if any, is ordered to be filed within 30 days of the filing of appellant's brief. *See* TEX. R. APP. P. 38.6(b).

## PER CURIAM

Panel consists of Justices Keyes, Higley, and Massengale.